Dismissed and Memorandum Opinion filed July 26, 2007








Dismissed
and Memorandum Opinion filed July 26, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00136-CV

____________

 

JOSEPH RODRIGUEZ, Appellant

 

V.

 

FISHER BICYCLE CORP., KING CYCLE GROUP, INC. &
SRAM CORP., Appellees

 



 

On Appeal from the 234th District Court 

Harris County,
Texas

Trial Court Cause
No. 2005-63960A

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 13, 2006.  On April 5, 2007, this
court ordered the parties to mediate the case.  On June 8, 2007, appellant=s counsel advised this court that the
case had settled.  On July 18, 2007, appellant filed a motion to dismiss the
appeal because all issues between the parties have settled.   See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed July
26, 2007.

Panel consists of Chief Justice Hedges and Justices Hudson and Guzman.